BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re:<br><br>Cash Sweep Programs Contract Litigation | MDL No. 3136 |

**ESTATE OF BERNARD J. SHERLIP, SUSANNE MEHLMAN, JOY HULTMAN, MINDY BENDER, AND ROBERT SULLIVAN'S RESPONSE IN OPPOSITION TO PLAINTIFFS SAFRON CAPITAL CORP. AND BRICKMAN INVESTMENTS INC.'S MOTION FOR TRANSFER AND CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

Plaintiffs Estate of Bernard J. Sherlip, Susanne Mehlman, Joy Hultman, Mindy Bender, and Robert Sullivan, by and through their undersigned counsel, oppose Plaintiffs Safron Capital and Brickman Investments Inc.'s Motion for Transfer and Consolidation pursuant to 28 U.S.C. § 1407 (ECF Nos. 1-3) (the "MDL Motion").

Plaintiffs Estate of Bernard J. Sherlip, Mehlman, Hultman, Bender, and Sullivan are part of the Sweeps Plaintiffs group, and have set forth their arguments opposing the MDL Motion in Sweeps Plaintiffs' Response in Opposition to Motion for Transfer and Consolidation (ECF No. 77). Plaintiffs Estate of Bernard J. Sherlip, Mehlman, Hultman, Bender, and Sullivan respectfully request that the Panel deny the motion seeking centralization and transfer to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1407.

Dated: November 27, 2024                    Respectfully submitted,

                              */s/ Thomas I. Sheridan, III*
                              Thomas I. Sheridan, III
                              SIMMONS HANLY CONROY LLP
                              112 Madison Avenue
                              New York, NY 10016
                              Telephone: (212) 784-6404

tsheridan@simmonsfirm.com

*Attorney for Estate of Bernard J. Sherlip, Susanne Mehlman, Joy Hultman, Mindy Bender, and Robert Sullivan*